**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JENAM TECH, LLC,<br><br>   Plaintiff<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Civil Action No.:<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Jenam Tech, LLC declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: **April 3, 2020**

         */s/ Timothy Devlin*
         Timothy Devlin (No. 4241)
         Derek Dahlgren (*pro hac vice* to be filed)
         Nadiia S. Loizides (*pro hac vice* to be filed)
         **DEVLIN LAW FIRM LLC**
         1526 Gilpin Avenue
         Wilmington, DE 19806
         Telephone: (302) 449-9010
         Facsimile: (302) 353-4251
         tdevlin@devlinlawfirm.com
         ddahlgren@devlinlawfirm.com
         nloizides@devlinlawfirm.com

         *Attorneys for Plaintiff,*
         *Jenam Tech, LLC*