**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JENAM TECH, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS<br>AMERICA, INC.<br>      Defendants. | **Civil Action No. 4:20-cv-00279**<br><br>**JURY TRIAL DEMANDED** |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jenam Tech, LLC ("Plaintiff") hereby dismisses this action with prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") have not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendants with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 1, 2020
                */s/ Derek Dahlgren*
                Timothy Devlin (Bar No. 4241)
                Derek Dahlgren (Bar No. 983624)
                Nadiia S. Loizides (Bar No. 6176)
                DEVLIN LAW FIRM LLC
                1526 Gilpin Avenue
                Wilmington, DE 19806
                Telephone: (302) 449-9010
                Facsimile: (302) 353-4251
                tdevlin@devlinlawfirm.com
                ddahlgren@devlinlawfirm.com
                nloizides@devlinlawfirm.com

                *Attorneys for Plaintiff Jenam Tech, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Derek Dahlgren*
                                               Derek Dahlgren